```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8Feb08
```

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

RECEIVED FEB 8 2008 CHAMBERS OF DEBORAH A. BATTS U.S.D.J.

LESLIE LEACH
DEPUTY ATTORNEY GENERAL
STATE COUNSEL DIVISION

Direct - 212-416-6234
Julia.Lee@oag.state.ny.us

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

MEMO ENDORSED

February 7, 2008

Honorable Deborah A Batts
United States District Judge
500 Pearl Street
New York, NY 10007

Re: <u>Simon Sidney Honig v. Michael Bloomberg, et al.</u>, 08 CV 541 (DAB)

Your Honor:

    I am an Assistant Attorney General in the Office of Andrew M. Cuomo, Attorney General of the State of New York, assigned to the defense of this matter. I am writing respectfully to request an enlargement of time for defendant Andrew Cuomo to answer or otherwise move with respect to the above-captioned complaint, up to and including March 5, 2008. This office was served with a copy of the complaint on January 24, 2008, making a responsive pleading due by February 15, 2008.

GRANTED
/DAB/

    The reason for the request is to allow the Office of the Attorney General to file an appropriate responsive pleading in light of previously scheduled motions, discovery and settlement deadlines and hearings that I have in several other matters around the same date (e.g. <u>Chambers v. Wright</u>, 05 CV 9915, ongoing discovery/expert deadlines; <u>Anderson v. NYS Division of Parole</u>, Index No. 340798/07, scheduled hearings and motion deadlines; <u>McCloud v. Torres</u>, 03 CV 1514, settlement talks).

    This is the defendants' first request for an enlargement of time. Plaintiff has not been consulted because of the difficulties in communicating with <u>pro se</u> plaintiffs. I thank the Court for its consideration in this matter.

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
8Feb08

Respectfully submitted,

*Julia H. Lee*
Julia H. Lee
Assistant Attorney General
212-416-6234

cc: Simon Sidney Honig, *pro se plaintiff*

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-8571 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US