```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SIMON SIDNEY HONIG,

                        Plaintiff,

        -against-                            08 Civ. 541 (DAB)
                                             INITIAL ORDER
MICHAEL BLOOMBERG, et al.,                   TO PRO SE PLAINTIFF

                        Defendants.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of correspondence from the State of New York Office of the Attorney General, the City of New York Law Department, and Plaintiff. Defendants Michael Bloomberg and Andrew Cuomo are hereby ORDERED to Answer or otherwise Move no later than March 5, 2008.

Plaintiff shall note that all correspondence relating to this case should be directed to the Pro Se Office, U.S. Courthouse, 500 Pearl Street, New York, New York 10007-1312. <u>No correspondence shall be sent directly to the Court</u>. The Pro Se Office will answer any questions Plaintiff may have about how to comply with Court rules.

While this action is pending, it is the responsibility of the pro se Plaintiff immediately to inform the Court, through the Pro Se Office, of any changes of address.

SO ORDERED.

Dated:   New York, New York
         February 25, 2008

*Deborah A. Batts*
Deborah A. Batts
United States District Judge